IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROY MUNN, Individually, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 4:21-cv-00289-WTM-CLR |
| : | |
| W.V.T. ENTERPRISES, INC. : | |
| A Domestic Company : | |
| : | |
| Defendant. : | |
| _____/ | |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Roy Munn, in the above-styled action, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses this action without prejudice.

Dated: October 12, 2021

    Respectfully Submitted,

    By: /s/ Pete M. Monismith
    Pete M. Monismith
    Georgia Bar 941228
    Attorney for Plaintiff
    3945 Forbes Ave., #175
    Pittsburgh, PA 15213
    (tel) 724-610-1881
    (fax) 412-258-1309
    pete@monismithlaw.com

## CERTIFICATE OF SERVICE

I certify that on October 12, 2021, I filed the within and foregoing Plaintiff's Voluntary Dismissal without Prejudice. A true and correct copy of the same was delivered via electronic mail as follows:

blingle@olivermaner.com
R. Benjamin Lingle
218 West State Street
Savannah, GA 31412

                                          /s/ Pete M. Monismith
                                          Pete M. Monismith